# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 159 EAL 2015
:
           Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v.           :
:
:
:
TYRONE JOHNSTON,        :
:
           Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.